# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS DANIEL BURSHIA,<br><br>Defendant. | CR 17-29-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Nicholas Daniel Burshia (Burshia) has been accused of violating the conditions of his supervised release. Burshia admitted alleged violations 1, 2 and 4. The government failed to satisfy its burden of proof with respect to alleged violation 3. Burshia's supervised release should be revoked. Burshia should be placed in custody for 4 months, with 56 months of supervised release to follow. Burshia should serve his term of custody at FCI Sandstone in Sandstone, Minnesota. Burshia should serve up to the first 180 days of supervised release at the Alpha House in Billings, Montana, as directed by his probation officer. Burshia should be required to work at least 30 hours per week or be a full time student while on supervised release.

## II. Status

Burshia pleaded guilty to Abusive Sexual Contact on September 13, 2017. (Doc. 24). The Court sentenced Burshia to 69 months of custody, followed by 5 years of supervised release. (Doc. 34). Burshia's current term of supervised release began on June 28, 2022. (Doc. 38 at 1).

### Petition

The United States Probation Office filed a Petition on October 24, 2022, requesting that the Court revoke Burshia's supervised release. (Doc. 38). The Petition alleged that Burshia had violated the conditions of his supervised release: 1) by using marijuana; 2) by consuming alcohol; 3) by knowingly being in the company of a child under the age of 18; and 4) by failing to complete his sex offender treatment program.

### Initial appearance

Burshia appeared before the undersigned for his initial appearance on November 16, 2022. Burshia was represented by counsel. Burshia stated that he had read the petition and that he understood the allegations. Burshia waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on November 16, 2022. Burshia admitted that he had violated the conditions of his supervised release: 1) by using marijuana; 2) by consuming alcohol; and 3) by failing to complete his sex offender treatment program. The government failed to satisfy his burden of proof with respect to alleged violation 3. The violations that Burshia admitted are serious and warrant revocation of Burshia's supervised release.

Burshia's violations are Grade C violations. Burshia's criminal history category is I. Burshia's underlying offense is a Class A felony. Burshia could be incarcerated for up to 60 months. Burshia could be ordered to remain on supervised release for up to life. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III.  Analysis

Burshia's supervised release should be revoked. Burshia should be incarcerated for 4 months, with 56 months of supervised release to follow. This sentence is sufficient but not greater than necessary. Burshia should serve his term of custody at FCI Sandstone in Sandstone, Minnesota. Burshia should serve up to the first 180 days of supervised release at the Alpha House in Billings, Montana, as directed by his probation officer. Burshia should be required to work

3

at least 30 hours per week or be a full time student while on supervised release.

## IV. Conclusion

The Court informed Burshia that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Burshia of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Burshia that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Nicholas Daniel Burshia violated the conditions of his supervised release: by using marijuana; by consuming alcohol; and by failing to complete his sex offender treatment program.

The Court **RECOMMENDS:**

> That the District Court revoke Burshia's supervised release and commit Burshia to the custody of the United States Bureau of Prisons for 4 months, with 56 months of supervised release to follow. Burshia should serve his term of custody at FCI Sandstone in Sandstone, Minnesota. Burshia should serve up to the first 180 days of supervised release at the Alpha House in Billings, Montana, as directed by his probation officer. Burshia should be required to work at least 30 hours per week or be a full time student while on supervised release.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 18th day of November, 2022.

John Johnston
United States Magistrate Judge